**Petition for Writ of Mandamus Dismissed and Opinion filed March 5, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00575-CV**

---

### IN RE TURN2 SPECIALTY COMPANIES, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-09420**

---

## MEMORANDUM OPINION

On Thursday, August 10, 2023, relator Turn2 Specialty Companies, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

On February 14, 2024, relator filed an unopposed motion to dismiss the petition for writ of mandamus because the parties have settled their dispute in the underlying trial proceeding. We grant relator's motion and dismiss the petition as moot.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.